IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)  No. 3-10-00018
v. )
)
DANIEL QUAIL )

O R D E R

The defendant's motion to request redaction (Docket Entry No. 28) is GRANTED.

In compliance with the procedures for Electronic Availability of Transcript of Court Proceedings, effective May 5, 2008, the Court Reporter shall make the following redactions to the transcript of the detention and preliminary hearings held on January 6, 2010 (Docket Entry No. 27):

1. Page 12, line 12: the street address shall be redacted.

2. On the following pages, the name of the minor child shall be changed to "D":

   Page 17, at lines 18 and 19.

   Page 19, at lines 20 and 21.

   Page 20, at lines 2, 16, 21, and 22.

   Page 21, at lines 5, 9, 11, and 13.

   Page 23, at line 10,

   Page 24, at lines 7, 9, 19, 20, and 21.

   Page 28, at line 20.

   Page 29, at lines 9, 13, and 20

   Page 30, at line 4.

   Page 33, at lines 15 and 23.

   Page 35, at line 15.

   Page 46, at line 14.

   Page 62, at line 24.

   Page 63, at line 17.

   Page 73, at lines 7 and 16.

3. On the following pages, the references to a specific folder name should be changed to "My Son D":

>Page 9, at lines 6, 14, and 24.
>
>Page 11, at line 23.
>
>Page 17, at line 20.
>
>Page 23, at line 5.
>
>Page 24, at line 3.
>
>Page 33, at line 8.
>
>Page 35, at line 11.
>
>Page 73, at line 11.[1]

The Court Reporter shall have 31 days from entry of this order to file a redacted version of the January 6, 2010, transcript, which shall be available for public view.

The unredacted transcript (Docket Entry No. 27) shall remain UNDER SEAL.

It is so ORDERED.

*/s/ Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The defendant also sought to change the folder name to "My Son D" on page 37 of the transcript. However, there is no mention of the folder name on page 37. The Court assumes that the defendant intended to refer to page 73.