IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:10-00018 |
| DANIEL QUAIL, | ) ) ) | JUDGE HAYNES |
| Defendant. | ) ) | |

### O R D E R

Before the Court is the United States' motion to dismiss Count 1 of Superseding Indictment (Docket Entry No. 87) that is **GRANTED** and Count 1 of the Superseding Indictment filed January 5, 2010 is **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the ___ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge