UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) No. 3:10-00018<br>) JUDGE HAYNES<br>) |
| DANIEL QUAIL | )<br>) |

MOTION TO ALLOW LATE FILING

Defendant moves the court to allow his sentencing memorandum to be filed today, two days late. The memorandum was due on November 28, 2011. Undersigned counsel found that it took longer than he expected to synthesize two years of work and edit the product into something of reasonable length and comprehensibility.

Respectfully submitted,

s/ Henry A. Martin
HENRY A. MARTIN (BPR #002830)
Federal Public Defender
SUMTER L. CAMP
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorneys for Daniel Quail

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I electronically filed the foregoing Motion to Allow Late Filing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Lynne T. Ingram, and Byron M. Jones, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Henry A. Martin
HENRY A. MARTIN

[Handwritten annotation: "Counsel — This motion is granted. [signature] 12-1-11"]