IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-00018 |
| | ) | JUDGE HAYNES |
| DANIEL QUAIL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Counsel for the parties have twenty (20) days to submit an Agreed Order with a date and time for resentencing.

It is so **ORDERED**.

**ENTERED** this the 7th day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court