UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00018 |
| | ) JUDGE HAYNES |
| DANIEL QUAIL | ) |

## MOTION TO SEAL TRANSCRIPT

The defendant, through counsel, respectfully moves the Court to seal the transcript of the resentencing hearing held on July 29, 2013, (Docket Entry 161).

*[Handwritten annotation: "ORDER: This motion is GRANTED. [signature] 9-25-[?]"]*

Respectfully submitted,

s/ Henry A. Martin
HENRY A. MARTIN (BPR #002830)
Federal Public Defender
SUMTER L. CAMP
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorneys for Daniel Quail

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2013, I electronically filed the foregoing Motion to Seal Transcript with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Lynne T. Ingram, and Byron M. Jones, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Henry A. Martin
HENRY A. MARTIN